UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Lucas Pierce 04-B-1486 Pro SE,
**Plaintiff(s)**

vs.

Lt. Dave Morell
C.O. Tessie Howe
Sgt. Nate Marsh
**Defendant(s)**

INMATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Civil Case No.: 9: 06cv1290 LEK/GHL

FILED OCT 24 2006 AT O'CLOCK Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Lucas S. Pierce 04-B-1486
   Address: Auburn Corr. Facility
   P.O. Box 618
   135 State Street
   Auburn, NY. 13024

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Dave Morell
   Official Position: leutenint
   Address: Tioga County Jail
   103 Corporate drive
   owego, NY. 13827

Form E (2) (a) . 1

b. Defendant: _Jessie Howe_
Official Position: _Corrections officer_

Address: _Tioga County Jail_
_103 Corporate dRive_
_Owego, NY 13827_

c. Defendant: _Nate Marsh_
Official Position: _Seargent_

Address: _Tioga County Jail_
_103 Corporate Drive_
_Owego, NY 13827_

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

a. Is there a prisoner grievance procedure at this facility?

(X) Yes    ( ) No

b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

( ) Yes    (X) No

If your answer to 4(b) is YES:

(i) What steps did you take?

_____
_____

(ii) What was the **final** result of your grievance?

_____
_____

Form E (2) (a) . 2

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

the facts of the complaint do not Matter in My current facility

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

( ) Yes        ( ) No

If your answer to 4(c) is YES:

(i) What steps did you take?

_____
_____

(ii) What was the **final** result regarding your complaint?

_____
_____

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

_____
_____

## PREVIOUS LAWSUITS

5.

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

(✗) Yes        (✗) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

~~[scribbled out text]~~

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

i. Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____

ii. Court (if federal court, name District; if state court, name County: _____

iii. Docket number: _____

iv. Name of Judge to whom case was assigned: _____

v. Disposition (dismissed? on appeal? still pending?) _____

vi. Approximate date of filing prior lawsuit: _____

vii. Approximate date of disposition: _____

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)**

Lt. Dave Morrell has violated my Constitutional First amend. Rights to freedom of speech and of self Expression. The defendent has threatend my life as well as with criminal charges. He has abused his powers C.O. House and Sgt. House have helped Lt. Morrell to unlawfully deprive me of

Form E (2) (a) . 4

My personal property in violation of the 14th Amend. of the U.S. Constitution. The defendents unlawfully took close to $1,500⁰⁰ worth of jewerly upon admittenced to there facility and never returned them. In fact they never got logged into their property log.

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

My cause of this action is the constants refusal to reimburse or replace the jewerly. After several request to them and to a third party I had my life threatend and had criminal charges threatend for writting to third party.

**SECOND CAUSE OF ACTION**

According to the 14th Amendment of the US Constitution, such acts of unlawfull deprivation of property violates my rights, and the fact that jail officals are responsible for all property taken from inmate upon admittance to county facility.

**THIRD CAUSE OF ACTION**

Under the First Amend. of U.S. Constitution I have the right to express myself and to speak my mind as long as I do not slander others and violate there rights.

8. Plaintiff(s) demand(s) a trial by

Jury  -or-  (Court)

(Circle only one).

9. PRAYER FOR RELIEF

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I ask the Court to Grant Me the relief of $500,000.00 $ for pain and suffering do to the threats from the defendents and to reimburse for the Lost/stolen Jewelry.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/18/06

Signature of Plaintiff(s)
(all Plaintiffs must sign)

Form E (2) (a) . 6